IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY DONNELL GIBBS | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv484 |
| UNKNOWN JACKSON, ET AL. | § | |

**ORDER**

Plaintiff Larry Donnell Gibbs, an inmate at the Lewis Unit, proceeding *pro se*, filed the above-styled lawsuit.  The plaintiff paid the filing fee in this action.  It is therefore

**ORDERED** that the Clerk of Court shall deliver summonses to the plaintiff so that he may serve the defendants in accordance with FED. R. CIV. P. 4.

SIGNED this 2nd day of November, 2021.

_____
Zack Hawthorn
United States Magistrate Judge