IN THE UNITED STATES District Court for The Eastern District of Texas Beaumont Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 14 2022
BY
DEPUTY_____

LARRY Donnell Gibbs

VS.

Jackson. et al

Cause NO:
1:21 CV 484

## Amended Motion for Court order Summons

Plaintiff Moves for an Court order Requesting that Summons service be Made by a United States Marshal or Deputy Marshal or a person specially appointed by the Court. IN support of this Motion Plaintiff states:

Plaintiff imprisonment in T.D.C.J Denies him Any and All defendants Addresses, that's officers of the state.

Pursuant to F.R.C.P - Rule 5 [b][2][D] And 6 [a][1]A when a defendant Address is unknown to Plaintiff defendant is considered served on date Plaintiff left summons document with the Clerk's office.

THEREfORE, Plaintiff Respectfully Request that Court Accept said Motion as Summons served.

SIGNED this 10th day of January 2022

Larry Donnell Gibbs #2066045
Gib Lewis Unit
777. F.M. 3497
Woodville, Tx 75990

SHREVEPORT LA 710
10 JAN 2022 PM 3 L



FOREVER / USA

Clerk U.S. District Court
Eastern District of Texas
300 Willow Street, Room 104
Beaumont, Texas 77701-2217

CLERK U.S. DISTRICT COURT
RECEIVED
JAN 13 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

Legal mail

77701-221729